FILED
2008 Sep-24 PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| YUSUF BINYAMIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:06-CV-4865-UWC-PWG |
| ) | |
| SHERIFF LARRY AMERSON, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 25, 2008, recommending that the defendants' motion for summary judgment be GRANTED and that plaintiff's claims about the lack of medical care and other adverse conditions be DISMISSED WITHOUT PREJUDICE and all other claims in this action be DISMISSED WITH PREJUDICE.  No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, the defendants' motion for summary judgment is due to be GRANTED.  The plaintiff's claims about the lack of medical care and other adverse conditions are hereby DISMISSED WITHOUT PREJUDICE and all other claims in this action are DISMISSED

---

[1] Plaintiff requested and was granted additional time in which to file objections. (Docs.#57 and 58)

WITH PREJUDICE.  A Final Judgment will be entered.

    Done the 24th day of September, 2008.

                                                                      U.W. Clemon
                                          United States District Judge